E-FILED 04/18/11
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| Vivian Tucker,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NCC Business Services, Inc; and DOES 1-10, inclusive,<br><br>　　　　Defendant. | CASE NO. 10-cv-06970-PSG (AGRx)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

The Court has reviewed the Stipulation of Plaintiff VIVIAN TUCKER and Defendant NCC BUSINESS SERVICES, INC., to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

　　1.　That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear its/her own costs and expenses.

**IT IS SO ORDERED:**

DATED: 04/18/11

**PHILIP S. GUTIERREZ**
UNITED STATES DISTRICT COURT JUDGE

06475.00/173657                                          Proposed Order Granting Stipulation Re Dismissal